PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL EXPRESS POSTAGE REQUIRED

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.


(1317)

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x 9.5


PS10001000006



Click-N-Ship®
9470 1301 0935 5003 3711 93 0279 0001 0004 4113
usps.com
$27.90
US POSTAGE

11/01/2024
Mailed from 94404  37757922465126

PRIORITY MAIL EXPRESS®

E

11/02/2024
Flat Rate Envelope
RDC 07
C017

ZHENG LIU
105 BEACH PARK BLVD
FOSTER CITY CA 94404-2707

WAIVER OF SIGNATURE

UNITED STATES DISTRICT COURT, OHIO NOR
OFFICE OF THE CLERK - NEW CIVIL CASE FIL
801 W SUPERIOR AVE
CLEVELAND OH 44113-1829

USPS TRACKING #
9470 1301 0935 5003 3711 93

destinations. See DMM and IMM at pe.usps.com for complete details.
‡ Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE





UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

This envelope is made from post-consumer waste. Please recycle – again.