PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YONGKANG JIEBAO INDUSTRIAL & TRADE CO., LTD., | ) ) ) | CASE NO. 4:24CV1924 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| MICHAEL GAYETSKY, *et al.*, | ) ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 2] |

Pending is Attorney Zheng Liu's Motion for Admission *Pro Hac Vice* (ECF No. 2). The motion is accompanied by a Declaration in Support (ECF No. 2-1) attesting to good standing, a Certificate of Good Standing (ECF No. 2-2), and the $120.00 fee (Receipt Number 154937) as required by LR 83.5(h).

For good cause shown, the motion is granted. Zheng Liu shall be entered on the docket as representing Plaintiff Yongkang Jiebao Industrial & Trade Co., Ltd.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
|  November 6, 2024  |  */s/ Benita Y. Pearson*  |
| Date | Benita Y. Pearson |
| | United States District Judge |